IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DMITRI WASHINGTON, also known as Dmitri Washington Bey, )<br>)<br>) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:14cv1090-MHT |
| ) | (WO) |
| CHAPLAIN STEVEN SMITH, ) | |
| ) | |
| Defendant. ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit alleging that defendant, a chaplain, violated his First Amendment rights. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 15th day of April, 2015.

                                                          /s/ Myron H. Thompson
                                          UNITED STATES DISTRICT JUDGE